UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　Apellant,<br><br>　　v.<br><br>THOMAS CHACKO.,<br><br>　　　　Defendant. | No. 2:14-cv-02385-TLN-AC<br><br>**ORDER** |

　　　　The original complaint in this matter was filed on October 9, 2014. (ECF No. 1.) On 4/23/2015 the Court ordered the parties to file a Joint Status Report on or before May 22, 2015. (ECF No. 5.) On June 3, 2015, this Court issued a minute order notifying Plaintiff and Defendant Thomas Chacko ("Defendant") that they failed to file a timely joint status report and to show cause as to why they should not be sanctioned for their failure to comply with the Court's order. (ECF No. 6.) Plaintiff filed a response and thus the OSC was discharged against Plaintiff. (ECF No. 7.) However, Defendant failed to comply. Thus, on June 18, 2015, the Court sanctioned Defendant's attorney $250. (ECF No. 8.) Defendant's attorney failed to pay the sanction and thus after being forewarned again by this Court was sanctioned an additional $250. (ECF No. 12.)

　　　　Defendant's attorney never complied, and the Court has been informed that Defendant's attorney has been disbarred. (ECF No. 14.) As such, the Court hereby finds that Defendant is

1

acting in pro per. Due to the circumstances, the Court will allow Defendant one last opportunity to meet and confer with Plaintiff and file a joint status report within sixty (60) days of the entry of this order. Should Defendant fail to do so, the Court would look favorably upon a motion for default judgment.

    IT IS SO ORDERED.

    The Clerk of Court is directed to serve this order upon Defendant Thomas Chacko at both his business address: 1405 California Street, Escalon, California, 95320 and home address: 1409 Michele Way, Escalon, CA 95320.

Dated: January 26, 2016

    Troy L. Nunley
    United States District Judge